UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60798-CIV-DIMITROULEAS

ACCESS 4 ALL, INC., and
OWEN HARTY,

    Plaintiffs,                                        Magistrate Judge Rosenbaum

vs.

BRUCE H. FREEMAN and
STEVEN J. FREEMAN,

    Defendants.
_____/

### ORDER REQUIRING CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

Plaintiffs filed, on May 28, 2008, their Complaint alleging violations by the Defendants of the American with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181 *et seq*. The Court deems it advisable to require of Plaintiff's counsel a verified statement reflecting:

1. Whether or not counsel has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether or not the Defendants or their property have ever been sued prior to the filing of this suit, for alleged violations for the same, similar, or any, alleged violations of ADA. (If such a search was not made prior to filing suit, counsel should conduct such an examination of the records in order to be able to answer this question.)

2. If there has been a prior suit of the nature referred to in paragraph 1 above, counsel should state the present status of that litigation (if pending) and, if not pending, the details of the disposition (i.e., settlement, dismissal, other).

3. If there was such litigation and it was disposed of by settlement, counsel is required to furnish, in response to this Order, specific details of the settlement, including any agreement for

attorney's fees, costs and expenses, either known to him or ascertainable by him with reasonable inquiry.  Copies of these documents should be furnished in the response that counsel will file to this inquiry.

     4.  If there has been a prior filing, counsel shall state whether or not the Defendants (and/or property owned by the Defendants and the subject-matter of this suit) have complied with any settlement in the prior litigation (or not) and if not, what remains to be done under the prior litigation.

     5.  Counsel shall also state what efforts were made by the Plaintiffs and Defendants to enforce the terms of any settlement in any prior litigation.  Namely, did the property owner make the necessary repairs to the property to bring it in compliance with the ADA, and if not, what efforts Plaintiffs in the prior litigation made to seek (be order of contempt or otherwise) enforcement of the settlement of that litigation.

     Accordingly it is **ORDERED AND ADJUDGED** that Plaintiffs' counsel shall file with the Clerk of the Court, the verified statement responding to the questions promulgated above on or before June 27, 2008.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Todd W. Shulby, Esq.