UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60798-CIV-DIMITROULEAS

ACCESS FOR ALL, INC.,
and OWEN HARTY,

        Magistrate Judge Rosenbaum

    Plaintiff,

vs.

BRUCE H. FREEDMAN and
STEVEN J. FREEDMAN,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Parties' Stipulation for Dismissal With Prejudice [DE 13].  The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Stipulation for Dismissal With Prejudice [DE 13] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice;

3. The Court shall retain jurisdiction for purposes of enforcement;

4. The clerk shall close this case;

5. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Todd W. Shulby, Esq.
Bruce H. Freedman, Esq.